**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TEXAS PATENT IMAGING LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No: 2:16-cv-00358-JRG-RSP |
| | § | |
| LEICA CAMERA, INC. et al | § | LEAD CASE |
| | § | |
| Defendants. | § | |
| _____ | § | |
| | § | |
| TEXAS PATENT IMAGING LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No: 2:16-cv-00357-JRG-RSP |
| | § | |
| EASTMAN KODAK COMPANY | § | CONSOLIDATED CASE |
| | § | |
| Defendant. | § | |
| _____ | § | |

**ORDER**

On this day the Court considered the Unopposed Motion to Dismiss Eastman Kodak Company. It is therefore ORDERED that all claims by Texas Patent Imaging, LLC against Eastman Kodak Company are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 27th day of June, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE